In re: Jerry Lewis DEDRICK, Petitioner.

No. 14–1345.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Jerry Lewis Dedrick, Petitioner Pro Se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lewis Dedrick petitions for a writ of mandamus, alleging the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed the petition by order of July 17, 2014. Accordingly, because the district court has recently decided Lewis's case, we deny the mandamus petition as

moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*